Kristin Walker-Probst (Bar No. 206389)
Nadia D. Adams (Bar No. 270428)
WOMBLE BOND DICKINSON (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347
Email: Kristin.Walker-Probst@wbd.us.com
Email: Nadia.Adams@wbd.us.com

Attorneys for Defendants
WC Logistics, Inc. and
AIT Worldwide Logistics, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEKEISHA LINDSEY, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WC LOGISTICS, INC.; AIT WORLDWIDE LOGISTICS, INC; DOES 1 through 100,<br><br>Defendants. | CASE NO. 3:21-CV-08400-EMC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE HEARING DATE FOR THE MOTION TO REMAND, MOTION TO CONSOLIDATE AND INITIAL CASE MANAGEMENT CONFERENCE FROM JANUARY 20, 2022 TO FEBRUARY 3, 2022** |

Plaintiff Dekeisha Lindsey ("Plaintiff") and Defendants WC Logistics, Inc. ("WC Logistics") and AIT Worldwide Logistics, Inc. ("AIT") (collectively "Defendants"), hereby file this Joint Stipulation and Proposed Order to Continue the Hearing Date for the Motion to Remand, Motion to Consolidate and Initial Case Management Conference ("Joint Stipulation") from January 20, 2022 to February 3, 2022, at the same date and time that Defendants' motion to dismiss Plaintiff's first amended complaint is scheduled to be heard. In support of this Joint Stipulation, the parties respectfully state as follows:

1. Plaintiff initially filed her Complaint in this action against Defendants in the Superior Court of the State of California, County of Alameda ("Class Action Complaint") on August 16, 2021. Plaintiff simultaneously filed a complaint against Defendants in the Alameda Superior Court under case number RG21109456 ("PAGA Complaint") for enforcement under the Private Attorneys General Act.

2. On October 28, 2021, Defendants removed the Class Action Complaint to the District Court for the Northern District of California ("Northern District"). ECF No. 1. The related PAGA action was also removed to the Northern District.

3. On November 4, 2021, Defendants filed a Motion to Dismiss Plaintiff's Class Action Complaint and PAGA Complaint in the Northern District. ECF No. 5.

4. On November 29, 2021, Plaintiff filed a First Amended Class Action Complaint and First Amended PAGA Complaint in the Northern District. ECF No. 18.

5. On December 2, 2021, Defendants filed a Motion to Consolidate the Class Action Complaint and the PAGA Complaint in this action. The Hearing on the Motion to Consolidate was set for January 13, 2022. ECF No. 19.

6. On December 3, 2021, the Court order this action and the PAGA action (Case No. 3:12-cv-08466) related. ECF No. 20.

7. On December 13, 2021, Defendants filed a Motion to Dismiss Plaintiff's First Amended Class Action Complaint in this action. ECF No. 22. The Hearing on the Motion to Dismiss is set for February 3, 2022.

8. On November 24, 2021, Plaintiff filed a Motion to Remand the Class Action Complaint and the PAGA Complaint to state court. ECF No. 16. The Hearing on the Motion to Remand the Class Action was set for January 6, 2022.

9. On November 24, 2021, the Clerk issued a notice rescheduling the Hearing on the Motion to Remand the Class Action to January 13, 2022. ECF No. 17.

10. On December 15, 2021, Plaintiff independently re-noticed the Hearing on the Motion to Remand the Class Action for January 20, 2022. ECF No. 23.

11. On December 21, 2021, the Clerk issued a Notice Rescheduling the Motion to Consolidate Hearing and the Initial Case Management Conference ("CMC") from January 13, 2022 to January 20, 2022. ECF No. 27.

12. At this time, the following hearings and conferences are set for January 20, 2022 at 1:30 p.m.: Defendants' Motion to Consolidate Hearing (ECF No. 27), Plaintiff's Motion to Remand Hearing (ECF No. 23) and the CMC (ECF No. 27) (collectively the "Hearings").

13. At this time, the following hearing is set for February 3, 2022 at 1:30 p.m.: Defendants' Motion to Dismiss the Class Action Complaint (ECF No. 22).

14. Defendants' two lead counsel in this case are unavailable for the hearings on January 20, 2022, including because Ms. Walker-Probst will be engaged in a jury trial in Los Angeles County Superior Court and Ms. Adams is out of town due to a pre-scheduled engagement.

15. On December 28, 2021, the parties' counsel met and conferred about the January 20, 2022 and February 3, 2022 dates and have respectfully agreed, subject to the Court's approval, to move the Hearings to February 3, 2022, which is also the date Defendants' Motion to Dismiss the Class Action Complaint will be heard.

16. This request is not being sought to unreasonably delay this action. At this time, all of the motions are fully-briefed. The parties are not requesting an extension of the deadline to file the Case Management Conference Statement due in each action on January 13, 2022.

17. Additionally, the parties believe that this will promote judicial economy and efficiency in the disposition of these actions to hold all related hearings and conferences for these parties on the same date.

18. No prior requests for this relief have been made.

19. Therefore, based on the forgoing, the parties hereby respectfully stipulate and agree that: the Hearings and CMC currently scheduled for January 20, 2022 at 1:30 p.m. will be continued to February 3, 2022 at 1:30 p.m.

IT IS SO STIPULATED.

DATED: January 7, 2022                    WOMBLE BOND DICKINSON (US) LLP

                                          By: /s/ *Nadia D. Adams*
                                               Kristin Walker-Probst
                                               Nadia D. Adams

                                          Attorneys for Defendants

DATED: January 7, 2022                    LAWYERS FOR JUSTICE, PC

                                          By: /s/ *Tara Zabehi*
                                               Edwin Aiwazian
                                               Arby Aiwazian
                                               Tara Zabehi

                                          Attorneys for Plaintiff

## ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Nadia D. Adams, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

DATED: January 7, 2022                    By: /s/ *Nadia D. Adams*
                                               Nadia D. Adams

---

-4-
**JOINT STIPULATION AND ORDER TO CONTINUE THE HEARING DATE FOR THE MOTION TO REMAND, MOTION TO CONSOLIDATE AND INITIAL CASE MANAGEMENT CONFERENCE FROM JANUARY 20, 2022 TO FEBRUARY 3, 2022**
CASE NO.: 3:21-CV-08400-ECM

PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED THAT:

1. The hearing on Defendants' Motion to Consolidate is continued from January 20, 2022 at 1:30 p.m. to February 3, 2022 at 1:30 p.m.
2. The hearing on Plaintiff's Remand Hearing is continued from January 20, 2022 at 1:30 p.m. to February 3, 2022 at 1:30 p.m.
3. The Initial Case Management Conference is continued from January 20, 2022 at 1:30 p.m. to February 3, 2022 at 1:30 p.m.

Date: January 12, 2022

The Honorable Edward M. Chen,
District Court Judge